■ CHANTEL DiCUPE et al., Appellants, v STATE OF NEW YORK, Respondent. [638 NYS2d 915] —Appeal by the claimants from a judgment of the Court of Claims (Blinder, J.), dated May 9, 1994.

Ordered that the judgment is affirmed, without costs or disbursements, for reasons stated by Judge Blinder at the Court of Claims. O'Brien, J. P., Copertino, Santucci and Krausman, JJ., concur.